# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| STEVEN TENDO, § | | |
| Petitioner, § | | |
| § | | |
| v. § | Civil Action No. 1:20-cv-00060 | |
| § | | |
| CARLOS RODRIGUEZ, *et al.*, § | | |
| Respondents. § | | |

## ORDER

Before the Court is Steven Tendo's ("Petitioner") "Notice of Dismissal" (Docket No. 48). Pursuant to Federal Rule of Civil Procedure 41(a)(1), Petitioner's claims against all Respondents are **DISMISSED WITHOUT PREJUDICE**. The parties will bear their own attorney's fees, expenses, and costs of the Court. Respondents' "Motion to Dismiss" (Docket No. 37) is **DENIED AS MOOT**. The District Clerk's Office is **ORDERED** to close this case.

Signed on this **4th** day of **August**, 2020.

_____
Rolando Olvera
United States District Judge